

FILED IN OPEN COURT
U.S.D.C. Atlanta

APR 27 2015

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THEMBI DLAMINI<br><br>    Plaintiff,<br><br>v.<br><br>JUNA G. BABB and MICHAEL J. BABB,<br><br>    Defendants. | Civil Action File No.<br>1:13-cv-02699-WSD |

## PLAINTIFF'S SUBMISSION PURSUANT TO PARAGRAPH 17 OF THE COURT'S STANDING ORDER AND SECTION A, PRETRIAL CONFERENCE REQUIREMENTS, OF DOCUMENT 46

Pursuant to Paragraph 17 of the Court's "Standing Order Regarding Civil Litigation" and Section A, Pretrial Conference Requirements, of Document 46, "Order Setting Trial," Plaintiff hereby identifies the following witnesses that she will call for her case-in-chief at trial:

4/27/15

1. Thembi Dlamini
   c/o Audra A. Dial
   Kilpatrick Townsend & Stockton LLP
   1100 Peachtree Street, NE
   Suite 2800
   Atlanta, Georgia 30309
   Telephone: (404) 815-6500

Ms. Dlamini will testify about the Defendants' deception that led her to enter the United States and live with them, her experiences and interactions with the Defendants, the work she performed for them and at their direction, the length of time and hours of the day that she was performing services for them, the compensation (if any) she received from them for the work performed for them and others, and the damages caused by Defendants' conduct. The anticipated time for Ms. Dlamini's direct examination is two-and-a-half hours.

4/27/15

2. Suzanne Crafts
   Hay Group
   Sun Trust Plaza, 16th Floor
   303 Peachtree Street NE
   Atlanta, GA 30308
   Telephone: (404) 575-8700

Ms. Crafts is a Certified Compensation Professional and Certified Benefits Professional and is therefore an expert in the area of compensation. Ms. Crafts will offer expert testimony regarding the compensation that Ms. Dlamini should have earned for the services Ms. Dlamini performed for Defendants. Using publicly available information regarding salaries for comparable work received by individuals in Georgia in the relevant time period with a commensurate skill level as Plaintiff, Ms. Crafts will testify as to a range of compensation due to Plaintiff as a result of Defendants' conduct. The anticipated time for Ms. Crafts' direct examination is one hour.

As no depositions were taken in the case, there are no designations of deposition testimony. No motions in limine were filed.

Submitted this 15th day of April, 2015.

| | |
|---|---|
| **KILPATRICK TOWNSEND & STOCKTON LLP** <br> 1100 Peachtree Street, Suite 2800 <br> Atlanta, Georgia 30309-4528 <br> Telephone: (404) 815-6500 <br> Facsimile: (404) 815-6555 <br> adial@kilpatricktownsend.com <br> gmurphy@kilpatricktownsend.com <br> bmeyer@kilpatricktownsend.com | */s/ Audra A. Dial* <br> Audra A. Dial <br> Georgia Bar No. 220298 <br> George L. Murphy, Jr. <br> Georgia Bar No. 530376 <br> William D. Meyer <br> Georgia Bar No. 950008 <br><br> *Attorneys for Plaintiff Thembi Dlamini* |