IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

THEMBI DLAMINI,

        Plaintiff,

v.

JUNA BABB and MICHAEL BABB,

        Defendants.

1:13-cv-2699-WSD

## JUDGMENT

This action came on for trial before the Court and a jury, Honorable William S. Duffey, Jr., District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Thembi Dlamini, recover $219,000.00 against Defendant Juna Babb;

**IT IS HEREBY FURTHER ORDERED AND ADJUDGED** that Plaintiff Thembi Dlamini, recover $146,000.00 against Defendant Michael Babb;

**IT IS HEREBY FURTHER ORDERED AND ADJUDGED** that this action be, and the same hereby, is **DISMISSED.**

Dated at Atlanta, Georgia, this 28th day of April, 2015.

JAMES N. HATTEN, CLERK

By: S/ Harry F. Martin
　　　Deputy Clerk

Filed in the Clerk's Office
April 28, 2015
James N. Hatten, Clerk
By: S/ Harry F. Martin
　　　Deputy Clerk